# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, | 1:10-cv-02343-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR AN ORDER |
| v. | (ECF No. 8) |
| A. AYALA, et al., | |
| Defendants. | |

Plaintiff Quillie L. Harvey ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the Magistrate Judge handling all matters in this action. ( ECF No. 4.)

Plaintiff initiated this action on December 16, 2010. (Compl., ECF No. 1.) Plaintiff's Complaint has not yet been screened. Plaintiff filed a Motion for a Request for an Order on May 27, 2011. (Mot., ECF No. 8.) Plaintiff requests that the Court order Wasco State Prison to place a videotape in Plaintiff's legal property. (Id.) The videotape is a recording of Plaintiff alleging prison staff used excessive force and falsified reports. (Id.)

Plaintiff's Motion is, in effect, a discovery request. It is premature. It should be directed to Defendants after the Court has screened Plaintiff's Complaint.

-1-

1    The Court is required to screen complaints brought by prisoners seeking relief
2 against a governmental entity or officer or employee of a governmental entity. 28 U.S.C.
3 § 1915A(a). The Court must screen Plaintiff's Complaint and determine if Plaintiff has a
4 cognizable claim. If there is a cognizable claim, the Court will order service of Plaintiff's
5 Complaint. Once the Complaint has been served and Defendants file an answer, the Court
6 will issue a discovery and scheduling order which will provide the parties with time in which
7 to conduct discovery. Plaintiff's Motion is premature at this time.

   Accordingly, Plaintiff's Motion for a Request for an Order is DENIED.

IT IS SO ORDERED.

Dated:   September 13, 2011          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

-2-